BEFORE THE SECOND DIVISION, JANUARY 14, 1965

No. 69008.—Novelty Veiling Co., Inc., et al. v. United States, protests 64/2051, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JANUARY 14, 1965

No. 69009.—Albert Kessler & Co. and Arthur J. Fritz & Co. v. United States, protest 60/4790 (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of brass lotus flower holders similar in all material respects to those the subject of *Wing On Co. et al.* v. *United States* (47 Cust. Ct. 122, C.D. 2291), the claim of the plaintiffs was sustained.

No. 69010.—A. Simkins & Co. v. United States, protest 63/4189 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.

No. 69011.—A. Simkins & Co. v. United States, protests 64/352, 64/353, and 64/477 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 14, 1965

No. 69012.—The Lumiscope Co. v. United States, protests 64/4564 and 64/8466 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of stethoscopes similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiff was sustained.

JANUARY 13, 1965

No. 69013.—H. H. Elder & Co. and Forest Lawn Co. v. United States, protest 59/29392.— Plaintiffs' application for rehearing denied.

BEFORE THE SECOND DIVISION, JANUARY 18, 1965

No. 69014.—Brunn & Bertheim v. United States, protest 60/5040 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstracts 58565 and 67893, except that in Abstract 58565 the merchandise was in chief value of feathers whereas that involved herein is in chief value of rayon, the claim of the plaintiff was sustained.